

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-23-00084-CR

**IN RE** Danny **ALLEN**

Original Proceeding[1]

### ORDER

Relator Danny Allen filed a petition for writ of habeas corpus. Relator is represented by trial counsel below; therefore, he is not entitled to hybrid representation. *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's *pro se* habeas corpus petition will be treated as presenting nothing for this court's review. *See id*. Accordingly, relator's petition for writ of habeas corpus is DENIED. *See* Tex. R. App. P. 52.8(a).

It is so **ORDERED** on February 1, 2023.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CR6311, styled *State of Texas v. Danny Cejay Allen*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.